# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GPI MESA CREEK INVESTORS, et al., <br><br> Defendants. | Case No. 1:18-cv-00105 AWI JLT <br><br> **ORDER AFTER NOTICE OF SETTLEMENT** <br> **(Doc. 22)** |

The plaintiffs have filed a notice of settlement. (Doc. 22) They set forth various terms of the settlement. Id. In particular, they assert that the parties have agreed that the "Court will retain juris jurisdiction for 5 years to enforce the terms of the release and settlement agreement." Id. at 4. However, given the request to set a status conference in 45 days, it appears that rather than requesting the Court *retain* jurisdiction, they seek to have the Court *maintain* jurisdiction. Thus, the parties are informed that the Court will *retain* jurisdiction to enforce the settlement agreement, but it will dismiss the case.[1] Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than May 4, 2018**. The stipulation SHALL preserve the rights of the putative class;

///

---

[1] The Court will not supervise the terms of the settlement agreement but, in retaining jurisdiction to enforce those terms, material breaches may be addressed to the Court through noticed motion, contempt proceeding or other appropriate means.

1

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated: **April 4, 2018**                  **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE