# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GPI MESA CREEK INVESTORS, et al., <br><br> Defendants. | Case No. 1:18-cv-00105 AWI JLT <br><br> **ORDER CLOSING CASE** <br><br> **(Doc. 24)** |

The parties have stipulated to dismiss the action with prejudice. (Doc. 24) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **April 26, 2018**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE